UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 08 CV 01002

ANTHONY DICKERSON, AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED

, Plaintiff(s)

- against -

FOUR DIGITAL CORPORATION AND DAMON QUINONES

, Defendant(s)

State of New York    )
                     ) SS.:
County of New York   )

AFFIDAVIT OF SERVICE

Carlos Pichardo being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York. That on 02/13/2008 at 3:00 PM at:
    FOUR DIGITAL CORPORATION
    38 WEST 21ST STREET
    NEW YORK NY 10010
Deponent served the:
SUMMONS IN A CIVIL ACTION
CLASS AND COLLECTIVE ACTION COMPLAINT WITH DEMAND FOR JURY TRIAL
CONSENT TO BECOME PARTY PLAINTIFF
upon DAMOM QUINONES,
by delivering true copies to:
Robert Serance, Technology Director
who stated that they were authorized to accept service on behalf of:
DAMOM QUINONES.
Within 20 days of such service, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to recipient at:
    DAMOM QUINONES
    FOUR DIGITAL CORPORATION
    38 WEST 21ST STREET
    NEW YORK NY 10010
and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "PERSONAL & CONFIDENTIAL" and did not indicate by return address or otherwise that the communication was from an attorney or concerned an action against the recipient.

To the best of my knowledge, based on information and belief, the said recipient at the time of service was not engaged in the military service of the United States or New York. Recipient wore ordinary civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 40  HEIGHT: 5'5''  WEIGHT: 160  HAIR: WHITE  RACE: WHITE  SEX: MALE

*Carlos Pichardo*
Carlos Pichardo    License #1273833

SWORN TO BEFORE ME 2/18/08

OUR DOC# 20530
Jeffrey M. Gottlieb Attorney At Law
150 E 18th Street
Suite PHR
New York NY 10003
212-228-9795

Johnysha Santana
Notary Public, State of New York
No. 01SA6166179
Qualified in New York County
Commission Expires 06/11/2011