AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

ANTHONY DICKERSON, Individually and on Behalf of All Other Persons Similarly Situated,

    Plaintiffs,

-against-

FOUR DIGITAL CORPORATION and DAMON QUINONES,

    Defendants.

**APPEARANCE**

Case Number: 08-CV-1002 (AKH)(AJP)

To the Clerk of this court and all parties of record:

Please enter our appearance as counsel in this case for

Defendants:

    Four Digital Corporation and
    Damon Quinones

We certify that we are admitted to practice in this court.

| | | |
|---|---|---|
| March 5, 2008 | s/ John S. Ho | 7831 Bar Id. No. |
| Date | s/ Stanley S. Schair | 5965 Bar Id. No. |

Bond, Schoeneck & King, PLLC
330 Madison Avenue, 39th Floor
New York, New York 10017-5001
(646) 253-2320
hoj@bsk.com