UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTHONY DICKERSON, Individually and on
Behalf of All Other Persons Similarly Situated,          08-CV-01002 (AKH)(AJP)

                Plaintiffs,             **STATEMENT PURSUANT**
                                         **TO RULE 7.1**
   -against-

FOUR DIGITAL CORPORATION and
DAMON QUINONES,

                Defendants.
------------------------------------------------------------X

     Defendant, FOUR DIGITAL CORPORATION, by the undersigned counsel, hereby declares as follows, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. Said Defendant has no parent corporation; and,

2. No publicly held corporation holds 10% or more of said Defendant's stock.

Dated: March 5, 2008
       New York, New York

                                  Respectfully submitted,

                                  s/     John Ho
                                  Bond, Schoeneck & King, PLLC
                                  By John Ho (JH 7831)
                                  330 Madison Avenue, 39th Floor
                                  New York, New York 10017
                                  (646) 253-2320
                                  hoj@bsk.com