

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW ▪ NEW YORK FLORIDA KANSAS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08

JOHN S. HO
Direct: 646-253-2320
jho@bsk.com

March 14, 2008

RECEIVED
MAR 14 2008
CH.
ALVIN K. HELLERSTEIN
U.S.D.J.

**VIA FACSIMILE**

The Honorable Alvin K. Hellerstein
United States Courthouse - Rm. 1050
500 Pearl Street
New York, New York 10007

*The conf is adjourned
to May 9, 2008, 9:30 am
3-14-08*
[signature]

Re:   *Dickerson et al. v. Four Digital Corporation et al.* (Docket No. 08-CV-1002)

Dear Judge Hellerstein:

    My firm represents the Defendants in the above-referenced matter. There is an initial conference in this matter scheduled for April 4, 2008. However, the deadline for the Defendants to file an Answer or Otherwise Move expires on April 14, 2008. The Defendants are currently investigating the allegations in the Complaint and do not expect to be able to file an Answer or Otherwise Move until after April 4, 2008. In addition, the Defendants have initiated preliminary settlement discussions with Jeffrey Gottlieb, counsel for the Plaintiff.

    In the interest of judicial economy, we respectfully request that the initial conference be adjourned for thirty (30) days until May 5, 2008. This is the Defendants first request for an adjournment. Mr. Gottlieb has consented to this request.

    Thank you for your consideration.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

*John Ho (bsc)*

John Ho

cc:   Jeffrey Gottlieb, Esq. (By Fax)

---

330 Madison Avenue, New York, NY 10017-5001 ▪ Phone: 646-253-2300 ▪ Fax: 646-253-2301 ▪ www.bsk.com

17701.1 3/13/2008