

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ANTHONY DICKERSON, Individually and on
Behalf of All Other Persons Similarly Situated,

         Plaintiffs,

     v.

FOUR DIGITAL CORPORATION and
DAMON QUINONES,

         Defendants.
------------------------------------X

08 CV 1002 (AKH)(AJP)

STIPULATION EXTENDING
TIME TO ANSWER

Plaintiff, Anthony Dickerson, and Defendants, Four Digital Corporation and Damon Quinones, by and through counsel, hereby stipulate that the time for the Defendants to answer, move, or otherwise respond to the Complaint in this action is hereby extended from March 14, 2008 to, and including, April 14, 2008.

It is further stipulated that the applicable statute of limitations for any opt-in plaintiffs under the Fair Labor Standards Act in the above-captioned matter shall be tolled from March 14, 2008 to, and including, April 14, 2008.

So stipulated:

_____
Jeffrey M. Gottlieb, Esq. (JG 7905)
Attorney for Plaintiff
150 East 18th Street, Suite PHR
New York, New York
(212) 228-9795

_____
John S. Ho (JH 7831)
Bond, Schoeneck & King, PLLC
Attorneys for Defendants
330 Madison Avenue, 39th Floor
New York, New York 10017
(646) 253-2320

SO ORDERED: 3/17/08

_____
The Hon. Alvin K. Hellerstein, U.S.D.J.

Dated: _____

17433.1 3/5/2008