UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ANTHONY DICKERSON, Individually and on
Behalf of All Other Persons Similarly Situated,

                Plaintiffs,

                v.

FOUR DIGITAL CORPORATION and
DAMON QUINONES,

                Defendants.
----------------------------------------------------------X

08 CV 1002 (AKH)(AJP)

JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE



## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties in the above-captioned action, by and through counsel, hereby stipulate to the dismissal of the action in its entirety with prejudice.

This Stipulation of Dismissal With Prejudice only applies to the claims of Anthony Dickerson.

So stipulated:

_____
Jeffrey M. Gottlieb, Esq. (JG 7905)
Attorney for Plaintiff
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795

_____
John S. Ho (JH 7831)
Bond, Schoeneck & King, PLLC
Attorneys for Defendants
330 Madison Avenue, 39th Floor
New York, New York 10017
(646) 253-2320

SO ORDERED: 4/10/08

_____
The Hon. Alvin K. Hellerstein, U.S.D.J.

Dated: _____

17981.1 4/1/2008